**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ZACH DAVIS,

        Plaintiff,

v.     Case No.: 3:24-cv-750-WWB-MCR

COMMUNITY FIRST CREDIT UNION
OF FLORIDA,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 29), filed September 19, 2025. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on September 22, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record